**No. 39956.**—Protests 755928–G, etc., of L. S. Mayer (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, photo frames, jars, bottles, match stands, and pin holders, and also flasks which are hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 39957.**—Protests 815800–G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the articles in question were held dutiable as kitchen or household utensils at 40 percent under paragraph 339 as claimed.

**No. 39958.**—Protests 955446–G, etc., of Adolff Bobbin Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise invoiced as compressed hardpaper cops, wooden weft pirns, and wooden quills is the same as that passed upon in *Adolff Bobbin Co.* v. *United States* (T. D. 48558). The claim at 40 percent under paragraph 372 was therefore sustained.

**No. 39959.**—Protest 954144–G of E. Hennigson Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the steel bars in question are similar to those the subject of *Edgar Allen Steel Co.* v. *United States* (16 Ct. Cust. Appls. 26, T. D. 42715). They were therefore held not subject to the additional duty under paragraph 305 as claimed.

**No. 39960.**—Protest 913090–G/87248 of Gallagher & Ascher, Inc. (Chicago).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bars containing more than 50 percent of tungsten, similar to those involved in Abstract 37982. The claim at 50 percent under paragraph 316 (b) was therefore sustained.